# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARY LAW,

               Appellant,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND GREEN TREE SERVICING LLC,

               Respondents.

No. 81311

**FILED**

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. David A. Hardy, District Judge
       Madelyn Shipman, Settlement Judge
       Keith J. Tierney
       Wolfe & Wyman LLP
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-13551